UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 18-22802-CIV-MARTINEZ-OTAZO-REYES**

DANIEL GETZ, individually and on behalf of
all others similarly situated,
    Plaintiff,

vs.

VIASAT, INC., et al.,
    Defendants.
_____/

### ORDER GRANTING DEFENDANTS DIRECTV, LLC AND VIASAT INC.'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF THEIR MOTION TO CONTINUE ENTRY OF A DEFAULT JUDGMENT AGAINST CO-DEFENDANT ACCELERATED TECHNOLOGY SERVICES GROUP, LCC

**THIS CAUSE** came before the Court upon Defendants DIRECTV, LLC and Viasat, Inc.'s Motion and Incorporated Memorandum of Law in Support of Their Motion to Continue Entry of a Default Judgment Against Co-Defendant Accelerated Technology Services Group, LLC [ECF No. 61] (the "Motion"). On March 8, 2019, this Court entered its Order Granting Motion to Withdraw [ECF No. 54] (the "Order"), permitting counsel for Defendant Accelerated Technology Services Group, LLC ("Accelerated Technology") to withdraw. In the Order, the Court ordered Defendant Accelerated Technology to retain new counsel and new counsel shall file a notice of appearance within fourteen (14) days from the date of the Court's Order [ECF No. 54 ¶ 2]. Moreover, in the Order, the Court stated that "[f]ailure to comply with this Order SHALL result in this Court immediately entering default final judgment against Defendant Accelerated Technology." *Id.* ¶ 54 (emphasis in original). To date, Defendant Accelerated Technology has failed to comply with the Court's Order. After careful consideration of the Motion [ECF No. 61] and the record in this action, it is

**ORDERED AND ADJUDGED** that

1. Defendants DIRECTV, LLC and Viasat, Inc.'s Motion and Incorporated Memorandum of Law in Support of Their Motion to Continue Entry of a Default Judgment Against Co-Defendant Accelerated Technology Services Group, LLC [ECF No. 61] is **GRANTED.**

2. While the Court finds that Defendant Accelerated Technology has indeed defaulted by failing to defend this action and comply with this Court's prior Order, in order to avoid inconsistent judgments, the Court will forego entering a default judgment against Defendant Accelerated Technology pending the adjudication of the merits in this case. *See Gulf Coast Fans, Inc. v. Midwest Elecs. Imps., Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984) (citing *Frow v. De La Vega*, 15 Wall. (82 U.S.) 552, 21 L.Ed. 60 (1872)).[1]

3. Defendants DIRECTV, LLC and Viasat, Inc.'s Motion and Incorporated Memorandum of Law in Support of Their Motion to Continue Entry of a Default Judgment Against Co-Defendant Accelerated Technology Services Group, LLC [ECF No. 60] is **DENIED as MOOT.**

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of May, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

---

[1] In *Gulf Coast Fans, Inc.*, the Eleventh Circuit noted that "[b]oth Moore and Wright and Miller suggest that even when defendants are similarly situated, but not jointly liable, judgment should not be entered against a defaulting defendant if the other defendants prevails on the merits." 740 F.2d at 1512 (citing Wright and Miller § 2690; 6 Moore ¶ 55.06)). The Eleventh Circuit found that this is "a sound policy." 740 F.2d at 1512. Based upon a review of Plaintiff's Amended Complaint [ECF No. 12], this Court finds that, at a minimum, the Defendants in this action are "similarly situated" and continuing the entry of any default judgment against Defendant Accelerated Technology is appropriate at this time.