## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO 18-22802-CIV-MARTINEZ-OTAZO-REYES

| | |
|---|---|
| Daniel Getz, individually and behalf of all other similarly situated | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) ) |
| DIRECTV, LLC et al. | ) ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

The Parties,[1] by and through their attorneys, hereby consent to the dismissal of the above-captioned action against all parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs or fees, except as otherwise agreed to by the Parties.

Dated this 10th day of June 2019

/s/ Joshua R. Levine
_____

Joshua Robert Levine
Florida Bar No. 91807
Kopelowitz Ostrow Ferguson
Weiselberg Gilbert
1 W. Las Olas Blvd. Suite 500
Ft. Lauderdale, FL 33301
Tel. 954-525-4100
Fax. 954-525-4300
levine@kolawyers.com

Scott Adam Edelsberg
_____

/s/ Scott Markowitz
_____

Scott A. Markowitz
Florida Bar No. 016608
DeMahy Labrador Drake Victor
6400 N. Andrews Ave. Suite 210
Tel. 954-229-9951
Fax. 954-229-9978
smarkowitz@dldlawyers.com

Hans J. Germann (*pro hac vice*)
Kyle J. Steinmetz (*pro hac vice*)
Mayer Brown LLP

---

[1] Because co-defendant Accelerated Technology Services Group LLC ("Accelerated Technology") is in default (Dkt. 65), it is not a party that is appearing in this case and thus its signature is not needed to effectuate this stipulation of dismissal.

Florida Bar No. 100537
Edelsberg Law PA
19495 Biscayne Blvd No. 607
Aventura, FL 33180
Tel. 305-975-3320
scott@edelsberglaw.com

71 S. Wacker Drive
Chicago, IL 60606
Tel. 312-701-8547
Fax. 312-706-9178
hgermann@mayerbrown.com
ksteinmetz@mayerbrown.com

*Attorneys for DIRECTV, LLC*

Andrew John Shamis
Florida Bar No. 101754
14 NE 1st Ave Ste. 1205
Miami, FL 33131
Tel. 404-797-9696
ashamis@sflinjuryattorneys.com

/s/ Brigid F. Cech Samole

Brigid F. Cech Samole
Florida Bar No. 730440
Greenberg Traurig P.A
333 Southeast Second Avenue, Suite 4400
Miami, Florida 33131
Tel. 305.579.0500
Fax.  304.579.0717
cechsamoleb@gtlaw.com
miamiappellateservice@gtlaw.com

*Attorneys for Plaintiff*

*Attorneys for Viasat Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF and upon Accelerated Technology Services Group, LLC via U.S. Mail at 1400 Montlimar Dr.; Suite A, Mobile, AL 36608.

  /s/ Joshua R.  Levine
JOSHUA R.  LEVINE